| | |
|---|---|
| JARED RAMIREZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MODESTO POLICE ADMINISTRATION, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-00374-LJO-EPG<br><br>**ORDER DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Jared Ramirez ("Plaintiff"), proceeding *pro se* (ECF No. 1), has requested leave to proceed *in forma pauperis* ("IFP") (ECF No. 2). Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a), and will accordingly be denied without prejudice to renewal.

Plaintiff indicates on his IFP application that he owns an automobile, but he does not provide the approximate value of his automobile. Plaintiff indicates on his application a total amount that he claims for all of his regular monthly expenses, but he does not provide details on the amount attributed to each of those expenses and includes a category of "misc." Plaintiff lists his daughter as a dependent, but does not explain how much he contributes to her support (the Court assumes Plaintiff's daughter is an adult as Plaintiff has provided her full name rather than initials). Plaintiff also lists debts or financial obligations in his application but does not provide

1

the amounts owed and to whom these debts or financial obligations are payable. (ECF No. 2.) Accordingly, IT IS ORDERED:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice.

2. Plaintiff must submit a renewed IFP application on the standard court form, with all information completed, or pay the filing fee, within 30 days from the date of this order.

3. Plaintiff is cautioned that failure to timely submit a renewed IFP application in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

4. The Clerk of the Court is directed to provide Plaintiff with a copy of the Application to Proceed In District Court Without Prepaying Fees or Costs.

IT IS SO ORDERED.

Dated: **June 11, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE