# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> MODESTO POLICE ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00374-LJO-EPG <br><br> **ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS* <br><br> (ECF No. 4) |

Plaintiff, Jared Ramirez, is proceeding *pro se* in this action. (ECF No. 1). On March 23, 2018, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2). Because the application was incomplete and missing important information, the Court denied the application without prejudice. (ECF No. 3.) On June 25, 2018, Plaintiff filed a renewed application to proceed *in forma pauperis*. The Court finds that, through the renewed application, Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, the Court will grant Plaintiff's application to proceed *in forma pauperis*.

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of a complaint from a plaintiff that is proceeding *in forma pauperis* to determine whether the complaint is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the

Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS ORDERED that Plaintiff's Application to Proceed without Prepaying Fees and Costs (ECF No. 4) is GRANTED.

IT IS SO ORDERED.

Dated: **September 19, 2018**          /s/ _Erica P. Grosjean_
                                       UNITED STATES MAGISTRATE JUDGE