UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED RAMIREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MODESTO POLICE ADMINISTRATION, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00374-LJO-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 8) |

On October 16, 2018, Plaintiff Jose Acosta filed a notice of voluntary dismissal of entire action without prejudice (ECF No. 8). Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**October 18, 2018**__  　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1